IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL S. WILSON, derivatively on behalf of ZION OIL & GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR G. CARRILLO, MICHAEL B. CROSWELL, JR., JOHN M. BROWN, DUSTIN L. GUINN, FORREST A. GARB, KENT S. SIEGEL, PAUL OROIAN, WILLIAM H. AVERY, THE ESTATE OF YEHEZKEL DRUCKMAN, LEE RUSSELL, JUSTIN W. FURNACE, GENE SCAMMAHORN, RALPH F. DEVORE, and MARTIN M. VAN BRAUMAN, <br><br> Defendants, <br><br> and <br><br> ZION OIL & GAS, INC., <br><br> Nominal Defendant. | C.A. No. 18-cv1400-UNA <br><br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michael S. Wilson hereby dismisses this action without prejudice.

Dated: September 11, 2018

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801

        302-777-0300 Telephone
        302-777-0301 Facsimile
        bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

*Counsel for Plaintiff*